Steven T. Gubner – Bar No. 156593
Ronald P. Abrams – Bar No. 140438
**BRUTZKUS GUBNER**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:  sgubner@bg.law
          rabrams@bg.law

Victor de Gyarfas – Bar No. 171950
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
Telephone:  213.972.4500
Facsimile:    213.486.0065
Email:  vdegyarfas@foley.com

Attorneys for Defendant and Counter-
Claimant GAMEBREAKER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA SUMMIT LLC,<br><br>                                  Plaintiff,<br><br>          vs.<br><br>GAMEBREAKER, INC.,<br><br>                                  Defendant. | Case No. 2:21-cv-06007 JAK(MARx)<br><br>**STIPULATION TO CONTINUE CLAIM CONSTRUCTION BRIEFING, MARKMAN HEARING, AND RELATED DATES**<br><br>*[Filed concurrently with Declaration of Ronald P. Abrams and (Proposed) Order]* |
| GAMEBREAKER, INC.,<br><br>                          Counter-Claimant,<br><br>          vs.<br><br>BELLA SUMMIT LLC,<br><br>                          Counter-Defendant. | **Date Action Filed**:      July 26, 2021<br><br>**Markman Hearing Date**:  April 4, 2022<br><br>**Trial Date**:               None |
| GAMEBREAKER, INC.,<br><br>                          Third-Party Plaintiff,<br><br>          vs.<br><br>JEFF DAGAN; and KYLE DAGAN,<br><br>                          Third-Party Defendants. | |

-1-

Pursuant to the December 6, 2021, Order Setting Pretrial Deadlines (Doc. 44), the Court set relevant dates in the case, including dates relating to claim construction. The parties have since engaged in substantive settlement discussions and intend to engage in additional settlement discussions in an effort to, at a minimum, narrow the issues prior to the settlement conference with Magistrate Judge Margo Marcconi scheduled for March 29, 2022, if not entirely dispose of the case.  The parties believe that good cause exists to grant a three-week continuance of relevant dates, which would promote settlement discussions before the parties are required to expend additional significant legal fees regarding patent claim construction.  Accordingly, the parties stipulate, subject to the approval of this Honorable Court, to continuing various non-settlement related dates in accordance with the schedule set forth below:

| Event | Date in Order Setting Pretrial Deadlines | Proposed New Date |
|---|---|---|
| Complete Claim Construction Discovery | February 14, 2022 | March 7, 2022 |
| Joint Markman Prehearing Statement | February 21, 2022 | March 14, 2022 |
| Simultaneous Opening Markman Briefs | February 28, 2022 | March 21, 2022 |
| Simultaneous Responding Markman Briefs, Tutorials, and Presentation Materials | March 14, 2022 | April 4, 2022 |
| Markman Hearing | April 4, 2022 | May 2, 2022 |
| Markman Decision | May 2, 2022 | May 31, 2022 |
| Last day to participate in a settlement conference/mediation | May 27, 2022 | May 27, 2022 |
| Patentee Files Final Infringement Contentions, Expert Reports on issues where Patentee has burden of proof, All parties file Advice of Counsel Disclosures | June 1, 2022 | June 29, 2022 |

| Event | Date in Order Setting Pretrial Deadlines | Proposed New Date |
|---|---|---|
| Last day to file notice of settlement / joint report re settlement | June 3, 2022 | June 24, 2022 |
| Post Mediation Status Conference | June 13, 2022 at 11:30 a.m. | June 13, 2022 at 11:30 a.m. |
| Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | June 27, 2022 | July 25, 2022 |
| Patentee's Rebuttal Expert Reports on Issues where Accused Infringer has Burden of Proof | July 25, 2022 | August 22, 2022 |
| Discovery Cut-Off | August 22, 2022 | September 19, 2022 |
| Last day to file All Motions (including discovery motions) | September 19, 2022 | October 17, 2022 |

DATED:  February 15, 2022           **BRUTZKUS GUBNER**


                                    ___/s/ Ronald P. Abrams_____
                                    Ronald P. Abrams
                                    Attorneys for Defendant and Counter-Claimant
                                    GAMEBREAKER, INC.

DATED: February 15, 2022            **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**


                                    ___/s/ Witt W. Chang_____

                                    Witt W. Chang
                                    Attorneys for Plaintiff and Counter-Defendant
                                    BELLA SUMMIT LLC and Third-Party
                                    Defendants JEFF DAGAN and KYLE
                                    DAGAN

                                    _____

**E-FILING ATTESTATION**

I, RONALD P. ABRAMS, am the ECF User whose ID and password are being used to file this document.  I hereby attest that WITT W. CHANG has concurred in this filing's content and have authorized the filing.

/s/ Ronald P. Abrams

Ronald P. Abrams