Steven T. Gubner – Bar No. 156593
Ronald P. Abrams – Bar No. 140438
**BRUTZKUS GUBNER**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
       rabrams@bg.law

Victor de Gyarfas – Bar No. 171950
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
Telephone: 213.972.4500
Facsimile:  213.486.0065
Email: vdegyarfas@foley.com

Attorneys for Defendant and Counter-Claimant GAMEBREAKER, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA SUMMIT LLC,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>GAMEBREAKER, INC.,<br><br>　　　　　　　　Defendant.<br><br>GAMEBREAKER, INC.,<br>　　　　　　　　Counter-Claimant,<br>vs.<br>BELLA SUMMIT LLC,<br>　　　　　　　　Counter-Defendant. | Case No. 2:21-cv-06007 JAK(MARx)<br><br>**DECLARATION OF RONALD P. ABRAMS IN SUPPORT OF STIPULATION TO CONTINUE CLAIM CONSTRUCTION BRIEFING, MARKMAN HEARING, AND RELATED DATES**<br><br>*[Filed concurrently with Stipulation and [Proposed] Order]*<br><br>**Date Action Filed**:　　July 26, 2021<br>**Markman Hearing Date**: April 4, 2022<br>**Trial Date**:　　　　　None |

| | |
|---|---|
| GAMEBREAKER, INC., | |
| | Third-Party Plaintiff, |
| vs. | |
| JEFF DAGAN; and KYLE DAGAN, | |
| | Third-Party Defendants. |

## **DECLARATION OF RONALD P. ABRAMS**

1. I am an attorney licensed to practice before all courts of the State of California and am of counsel with the law firm of BG Law, counsel of record for Defendant, Counter-Claimant and Third Party Plaintiff, GAMEBREAKER, INC. ("Gamebreaker"), in the above-entitled matter.

2. I have personal knowledge of the matters set forth herein, either as a direct participant in the matters described, or in my capacity as one of the attorneys responsible for the handling of this case on behalf of BG Law. If called and sworn as a witness, I could and would competently testify to the matters set forth herein.

3. I make this Declaration in support of the parties' Stipulation to Continue Claim Construction Briefing, Markman Hearing, And Related Dates.

4. Pursuant to the December 6, 2021, Order Setting Pretrial Deadlines (Doc. 44), the Court set relevant dates in the case, including dates relating to claim construction, as referenced below.

5. Counsel for the parties have engaged in substantive settlement discussions and intend to engage in additional settlement discussions in an effort to, at a minimum, narrow the issues prior to the settlement conference with Magistrate Judge Margo Marcconi scheduled for March 29, 2022, if not entirely dispose of the case.

6. To date, counsel for the parties have had approximately seven phone calls discussing possible settlement of the case, including substantive discussions regarding a general framework for settlement, as well as one of the parties making an actual settlement offer.

7. The parties believe that good cause exists to grant a three-week continuance of relevant dates (such dates having not previously been continued), which would promote settlement discussions before the parties are required to expend additional significant legal fees regarding patent claim construction, in accordance with the schedule set forth below:

| Event | Date in Order Setting Pretrial Deadlines | Proposed New Date |
|---|---|---|
| Complete Claim Construction Discovery | February 14, 2022 | March 7, 2022 |
| Joint Markman Prehearing Statement | February 21, 2022 | March 14, 2022 |
| Simultaneous Opening Markman Briefs | February 28, 2022 | March 21, 2022 |
| Simultaneous Responding Markman Briefs, Tutorials, and Presentation Materials | March 14, 2022 | April 4, 2022 |
| Markman Hearing | April 4, 2022 | May 2, 2022 |
| Markman Decision | May 2, 2022 | May 31, 2022 |
| Last day to participate in a settlement conference/mediation | May 27, 2022 | May 27, 2022 |
| Patentee Files Final Infringement Contentions, Expert Reports on issues where Patentee has burden of proof, All parties file Advice of Counsel Disclosures | June 1, 2022 | June 29, 2022 |
| Last day to file notice of settlement / joint report re settlement | June 3, 2022 | June 24, 2022 |
| Post Mediation Status Conference | June 13, 2022 at 11:30 a.m. | June 13, 2022 at 11:30 a.m. |

| Event | Date in Order Setting Pretrial Deadlines | Proposed New Date |
|---|---|---|
| Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | June 27, 2022 | July 25, 2022 |
| Patentee's Rebuttal Expert Reports on Issues where Accused Infringer has Burden of Proof | July 25, 2022 | August 22, 2022 |
| Discovery Cut-Off | August 22, 2022 | September 19, 2022 |
| Last day to file All Motions (including discovery motions) | September 19, 2022 | October 17, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2022 at Los Angeles, California.

                                      /s/ Ronald P. Abrams
                                      RONALD P. ABRAMS