1

**VENABLE LLP**
Witt W. Chang (SBN 281721)
2      wwchang@venable.com
2049 Century Park East, Suite 2300
3      Los Angeles, CA 90067
Telephone:  (310) 229-9900
4      Facsimile:   (310) 229-9901

5      Sean M. McCarthy (*Admitted Pro Hac Vice*)
6        smccarthy@venable.com
1290 Avenue of the Americas, Floor 20
7      New York, New York 10104
Telephone: (212) 218-2332
8      Facsimile: (212) 218-2200

9      Attorneys for Plaintiff and Counter-Defendant BELLA SUMMIT LLC;
10     Third-Party Defendants JEFF DAGAN and KYLE DAGAN

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

11

**UNITED STATES DISTRICT COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

**WESTERN DIVISION**

14

15     BELLA SUMMIT LLC, a California
16     limited liability company,

17                            Plaintiff,

18         vs.

19     GAMEBREAKER, INC., a California
20     corporation,

                               Defendant.

| | |
|---|---|
| Case No. 2:21-cv-06007 JAK(MARx) | |
| Assigned to: Hon. John A. Kronstadt | |

**DECLARATION OF SEAN M. MCCARTHY IN SUPPORT OF BELLA SUMMIT LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

*Markman* Hearing
Date:   May 2, 2022
Time:   No Time Set.
Place:  350 West 1st Street
        Los Angeles, CA 90012
        Courtroom 10B

21

22

23

24

25

26

27

28

DECLARATION OF SEAN M. MCCARTHY IN SUPPORT OF BELLA SUMMIT LLC'S
OPENING CLAIM CONSTRUCTION BRIEF

1
2
3
4
5
6
7
8

GAMEBREAKER, INC., a California corporation,

                Counter-Claimant,

   vs.

BELLA SUMMIT LLC, a California limited liability company,

                Counter-Defendant.

9
10
11
12
13
14
15
16
17

GAMEBREAKER, INC., a California corporation,

                Third-Party Plaintiff,

   vs.

JEFF DAGAN, an individual; and KYLE DAGAN, an individual,

                Third-Party Defendants.

18
19
20
21
22
23
24
25
26
27
28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

DECLARATION OF SEAN M. MCCARTHY IN SUPPORT OF BELLA SUMMIT LLC'S
OPENING CLAIM CONSTRUCTION BRIEF

1    I, Sean M. McCarthy, declare as follows:

2        1.    I am Counsel at Venable LLP and an attorney representing Plaintiff

3    and Counter- Defendant Bella Summit LLC and Third-Party Defendants Jeff

4    Dagan and Kyle Dagan in the above-captioned matters.  I submit this declaration in

5    support of Bella Summit LLC's Opening Claim Construction Brief.  I have

6    personal knowledge of the facts set forth herein.

7        2.    Attached as Exhibit A is a true and correct copy of a March 1, 2016

8    Reply to Office Action, which was produced as BELLA000073-86.

9        3.    Attached as Exhibit B is a true and correct copy of a document titled

10   "Gamebreaker-PRO Soft Shell Multi-Sport Protective Helmet" and purports to be

11   a product page on Gamebreaker's website for the GameBreaker-Pro Headgear,

12   which was produced by Gamebreaker to Bella Summit as GAM 0000007-9.

13       4.    Attached as Exhibit C is a true and correct copy of a document titled

14   "GameBreaker Soft Shell Multi-Sport Protective Headgear" and purports to be a

15   product page on Gamebreaker's website for the GameBreaker Headgear, which

16   was produced by Gamebreaker to Bella Summit as GAM 0000011-13.

17       5.    I declare under the penalty of perjury under the laws of the State of

18   California and the United States of America that the foregoing is true and correct.

19

20   Executed on March 21, 2022 in New York, New York.

21

22   */s/* Sean M. McCarthy
     Sean M. McCarthy (*Admitted Pro Hac Vice*)

23

24   *Attorney for Plaintiff and Counter-Defendant*
     *Bella Summit LLC and Third-Party Defendants*
25   *Jeff Dagan and Kyle Dagan*

26

27

28

1

54872216-v2

DECLARATION OF SEAN M. MCCARTHY IN SUPPORT OF BELLA SUMMIT LLC'S
OPENING CLAIM CONSTRUCTION BRIEF

# <u>EXHIBIT A</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Adam Dagan                  Confirmation No.   5268

Serial No.:  14/217,088                  Examiner:  Katherine Moran

Filed: March 17, 2014                    Art Unit: 3765

Docket No.   642A-2E-007                 Customer No.   23935


Title:  THREE-PLY PADDED HELMET


MAIL STOP Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA   22313-1450


## REPLY TO OFFICE ACTION


Sir:

In response to the Office Action mailed on October 2, 2015, please enter the amendments and consider the remarks and arguments presented herein.


**AMENDMENTS TO THE CLAIMS** are reflected in the Listing of the Claims which begins on page 2 of this paper.

**AMENDMENTS TO THE DRAWINGS** begin on page 6 of this paper with corrected **Replacement Sheets** attached.

**REMARKS** begin on page 7 of this paper.

BELLA000073

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

## AMENDMENTS TO THE CLAIMS

The following Listing of the Claims replaces all previous submissions.

Listing of the Claims:

1. (currently amended) A padded helmet, comprising:

a top portion;

a side portion, wherein part of said top portion is coupled to said [[top]] side portion;

a plurality of pads in each of said top and side portions, wherein each of said pads comprising comprises:

a first layer;

a second layer; and

a third layer, wherein said second layer is interposed between said first and second layer, such that wherein said second layer has a higher density than one of said first or second third layer;

a soft shell covering [[an]] exterior and interior surfaces of each of said plurality of pads of said top and side portions, wherein said top portion comprises a plurality of holes, wherein said plurality of holes extend through said soft shell; and

a strap on said side portion to fasten said padded helmet.

2. (original) The padded helmet of claim 1, further comprising an adjustment section comprising:

an opening;

a plurality of holes; and

a lace, wherein said lace is received within each of said plurality of holes in order to adjust said padded helmet.

Page 2 of 14

BELLA000074

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

3. (currently amended) The padded helmet of claim 2, wherein said adjustment section is at [[the]] a rear of said padded helmet, wherein said opening extends along the rear of said padded helmet between said top and side portions.

4. (original) The padded helmet of claim 1, wherein said plurality of pads in said top portion are smaller than the plurality of pads in said side portion, such that said top portion is adapted to substantially conform to the shape of a user's head.

5. (currently amended) The padded helmet of claim 1, ~~further comprising a plurality of holes in said top portion,~~ wherein said plurality of holes provide ventilation in order to assist with the dissipation of heat.

6. (currently amended) The padded helmet of claim 1, further comprising a seam along [[the]] an area between said top portion and said side portion in order to couple said top and side portions.

7. (original) The padded helmet of claim 1, wherein said second layer has a higher density than both of said first and third layers.

8. (original) The padded helmet of claim 1, wherein said first layer has a thickness of 15mm and said second layer has a thickness of 35mm.

BELLA000075

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

9. (original) The padded helmet of claim 1, wherein said first
layer has a thickness of 15mm, said second layer has a thickness
of 35mm, and said third layer has a thickness of 15mm.

10. (original) The padded helmet of claim 1, wherein at least
one of said first, second, or third layer is made of ethylene-
vinyl acetate (EVA).

11. (original) The padded helmet of claim 1, wherein each of
said first, second, and third layers is made of EVA.

12. (currently amended) A padded helmet, comprising:
      a top portion;
      a side portion ~~contacting~~ adjacent said top portion;
      a seam coupling part of said top portion [[and]] to said
side portion; and
      a plurality of pads in said top portion, wherein exterior
and interior surfaces of said top portion and side portion are
covered by a soft shell, wherein said plurality of pads are
adapted to be displaced to allow said top portion to adjust to
different surfaces, wherein said top portion comprises a
plurality of holes that extend through said soft shell;
      wherein each of said plurality of pads comprise a plurality
of layers, wherein at least one of said plurality of layers has
a density greater than an adjacent one of said plurality of
layers.

13. (original) The padded helmet of claim 12, wherein said
plurality of layers are heat treated in order to couple said
plurality of layers.

BELLA000076

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

14. (original) The padded helmet of claim 12, wherein at least one of said plurality of layers has a thickness greater than an adjacent one of said plurality of layers.

15. (original) The padded helmet of claim 12, wherein at least one of said plurality of layers is made of ethylene-vinyl acetate (EVA).

16. (original) The padded helmet of claim 12, wherein each of said plurality of layers is made of EVA.

BELLA000077

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015


## AMENDMENTS TO THE DRAWINGS


FIGs. 1a-d and 2 have been amended in accordance with 37 CFR 1.121(d).

No new matter has been added.


Attachments:     Replacement Sheets

BELLA000078

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

## REMARKS

### DRAWINGS OBJECTION

The drawings have been objected to as not being reproducible. Corrected drawings in compliance with 37 CFR 1.121(d) have been submitted herewith to overcome the drawing objections.

Applicant requests that the drawing objections be withdrawn.

### CLAIM REJECTIONS

### *35 USC 112*

<u>Claims 3, 6 and 12-16</u>

Claims 3, 6 and 12-16 have been rejected under 35 USC 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention. The Office states that claim 3 lacks antecedent basis for "the rear" and claim 6 lacks antecedent basis for "the area". The Office further states that the feature of "a side portion contacting the top portion" of claim 12 appears to be redundant due to the recitation of the seam coupling the top and side portions.

Claims 3 and 6 have been amended to overcome the antecedent basis issue.

Claim 12 has been amended to further define the subject matter therein. Amended claim 12 requires "a side portion adjacent said top portion" and "a seam coupling part of said top

BELLA000079

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

portion to said side portion." The amendment of claim 12 further defines the structural configuration between the side portion and the top portion, as well as further defining the arrangement of the seam.

Therefore, claims 3, 6 and 12-16 are definite and distinctly claim the subject matter which Applicant regards as the invention.

For at least the reasons stated herein, Applicant requests that the rejection of claims 3, 6 and 12-16 under 35 USC 112 be withdrawn.

### *35 USC 103*

Claims 1, 4, 6, 7 and 12-14

Claims 1, 4, 6, 7 and 12-14 have been rejected under pre-AIA 35 USC 103(a) as being unpatentable over US Patent 6,360,376 to Carrington ("Carrington") in view of US Patent 3,843,970 to Marietta et al. ("Marietta"). Claims 1 and 12 are independent claims. Claims 4, 6 and 7 depend from claim 1. Claims 13 and 14 depend from claim 12.

Claim 1

The Office indicates that Carrington discloses all the limitations of claim 1 with the exception of a plurality of pads in each of the top and side portion and the arrangement of the pads. (*See* Office Action: Page 4). In order to supply the missing limitations, the Office combines Carrington with Marietta. Combining the references, the Office concludes that

BELLA000080

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

it would have been obvious to combine the teachings of Marietta with Carrington to derive the subject matter of claim 1.

Claim 1 has been amended to further define the subject matter therein. Amended claim 1 requires "a soft shell covering exterior and interior surfaces of each of said plurality of pads of said top and side portions, wherein said top portion comprises a plurality of holes, wherein said plurality of holes extend through said soft shell." Support for the amendment can be found, for example, at US 2014/0298571: paragraphs [0017], [0023] and FIGs. 1a-1d.

Carrington and Marietta, alone or in combination, do not disclose the limitations of amended claim 1. For example, Carrington and Marietta do not disclose "a soft shell covering exterior and interior surfaces of each of said plurality of pads of said top and side portions, wherein said top portion comprises a plurality of holes, wherein said plurality of holes extend through said soft shell." Carrington discloses a protective hat 10 comprising an arcuate member 14 and side pieces 16 and 18, wherein the arcuate member 14 comprises a core 20 perforated by holes 22, wherein the core 20 is enclosed in fabric shell pieces 50 and 52. (*See* Carrington: FIGs. 1, 2, 4 and associate text). The Office equates the arcuate member 14 of Carrington to the top portion of claim 1, the side piece 16 of Carrington to the side portion of claim 1, and shell pieces 50, 52 of Carrington to the shell of claim 1. However, Carrington does not disclose that the arcuate member 14 or the side piece 16 comprises a plurality of pads, as required in claim 1. In fact, the Office explicitly states that Carrington does not disclose a plurality of pads in each of the top and side portion and the arrangement of the pads. (*See* Office Action: Page 4). In addition, Carrington does not disclose or

BELLA000081

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

suggest that that the holes 22 extend through the shell pieces 50, 52 as further required in amended claim 1. Thus, Carrington does not disclose all the limitations of amended claim 1.

The Office cited Marietta as teaching the plurality of pads missing in Carrington. However, Marietta also fails to disclose the limitations of amended claim 1. Marietta discloses a helmet 1 comprising an outer shell 2, a frontal pad 3, a plurality of crown pads 6, 7, a rear cushion pad 4, and a pair of side pads 5. (See Marietta: FIG. 1 and associated text). Marietta further discloses that each of the pads 3-7 are removably coupled to the outer shell 2, via snap-fasteners 20 or Velcro straps 18, and can be replaced by a differently sized pad to provide a custom fit for any particular wearer. (See Marietta: col. 3, line 51-63, and col. 5, lines 7-22). Marietta does not disclose or suggest the soft shell as required in amended claim 1. In fact, Marietta teaches that the outer shell 2 is formed of laminated plastic compositions, which is a rigid material. (See Marietta: col. 3, lines 37-41). Furthermore, Marietta does not disclose or suggest a top portion comprising a "plurality of holes, wherein said plurality of holes extend through said soft shell," as further required in amended claim 1. Thus, Marietta does not disclose all the limitations of amended claim 1.

Features of dependent claim 5 were incorporated into claim 1. The Office cited US Patent 5,271,103 to Darnell ("Darnell") as disclosing a plurality of holes in said top portion. (See Office Action: Page 5). However, Darnell does not disclose the soft shell as required in amended claim 1. Darnell discloses a rigid shell 1 that receives a thick and stiff impact energy absorptive liner 10. (See Darnell: FIG. 1 and associated text). Darnell does not disclose or suggest "a soft shell cover

BELLA000082

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

exterior and interior surfaces of each of said plurality of pads of said top and side portions," as required in amended claim 1. Thus, Darnell does not disclose all the limitations of amended claim 1.

Because Carrington, Marietta and/or Darnell, alone or in combination, do not disclose all the limitations of amended claim 1, the claim is not obvious in view of the cited references. Amended claim 1 is otherwise allowable.

Claims 4, 6 and 7 depend from allowable claim 1 and are therefore also allowable.

Claim 12

Claim 12 has been amended to have features similar to those found in allowable claim 1. As such, Applicant submits that the arguments for the patentability of claim 1 apply to claim 12 with equal force. Thus, amended claim 12 is not obvious in view of the cited references, and is otherwise allowable.

Claims 13 and 14 depend from allowable claim 12 and are therefore also allowable.

Claims 2 and 3

Claims 2 and 3 have been rejected under pre-AIA 35 USC 103(a) as being unpatentable over Carrington in view of Marietta and further in view of US Patent 6,421,840 to Chen ("Chen").

Claims 2 and 3 depend from allowable claim 1 and are therefore also allowable.

BELLA000083

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

Claim 5

Claim 5 has been rejected under pre-AIA 35 USC 103(a) as being unpatentable over Carrington in view of Marietta and further in view of Darnell.

Claim 5 depend from allowable claim 1 and is therefore also allowable.   Claim 5 has been amended in view of the amendment to claim 1.

Claims 8 and 9

Claims 8 and 9 have been rejected under pre-AIA 35 USC 103(a) as being unpatentable over Carrington in view of Marietta and further in view of US Patent 6,425,141 to Ewing ("Ewing") and US Patent Application Publication 2007/0157370 to Joubert Des Ouches ("JDO").

Claims 8 and 9 depend from allowable claim 1 and are therefore also allowable.

Claims 10, 11, 15 and 16

Claims 10, 11, 15 and 16 have been rejected under pre-AIA 35 USC 103(a) as being unpatentable over Carrington in view of Marietta and further in view of US Patent Application Publication 2003/0221245 to Lee ("Lee").

Claims 10 and 11 depend from allowable claim 1 and are therefore also allowable.

BELLA000084

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

Claims 15 and 16 depend from allowable claim 12 and are therefore also allowable.

For at least the reasons stated herein, Applicant requests that the rejection of claims 1-16 under 35 USC 103 be withdrawn.

BELLA000085

Appl. Ser. No. 14/217,088
Reply Dated: March 1, 2016
Reply to Office Action of October 2, 2015

## CONCLUSION

Although the present communication may include alterations to the application or claims, or characterizations of claim scope or referenced art, Applicant is not conceding in this application that previously pending claims are unpatentable over the cited references. Rather, any alterations or characterizations are being made to facilitate expeditious prosecution of this application.

Applicants submit that claims 1-16 are in condition for allowance and respectfully requests that a timely Notice of Allowance be issued in this case.

Respectfully submitted,

/Eric Figueroa, Reg. 64712/
Date:  March 1, 2016          Eric V. Figueroa
                              Attorney for Applicants
                              Registration No. 64,712


KOPPEL, PATRICK, HEYBL & PHILPOTT
2815 Townsgate Road, Suite 215
Westlake Village, California 91361-5827
Phone 805 373 0060,
Fax 805 373 0051

BELLA000086

# EXHIBIT B

AKER

🛒 0

Home › Shop › Headgear › GameBreaker-Pro Headgear

 



## GameBreaker-Pro Headgear

$79.99

YOU ASKED AND WE HEARD YOU.

THE GAMEBREAKER-PRO IS NOW AVAILABLE IN PURPLE!

The GameBreaker-PRO is the premier soft shell protective headgear in sports today. The inner layer of specially formulated D3O® smart molecule technology takes GameBreaker protection to the next level by instantaniously dispersing the force of impact. Starts soft, locks on impact to disperse force, instantly returns to being soft and flexible.

PRODUCT FEATURES

- POWERED BY D3O®
- FULL HEAD COVERAGE
- 100% PERIPHERAL VISION
- ENHANCED EAR PROTECTION
- PADDED AND SELF-ADJUSTING REAR BOSS
- VENTILATED COMFORT LINER
- HOOK AND LOOP RETENTION SYSTEM
- NO METAL OR HARD PLASTIC COMPONENT PARTS
- MACHINE WASHABLE

Looking for team/league discounts? Contact us today.
View sizing chart below or on this page for instructions on how to measure!

## Choose your headgear color and size:

**Color**

https://gamebreaker.com/shop/gamebreaker-pro-soft-shell-sports-helmet/    1/3

GAM 0000007

Choose an option

**Size**

Choose an option

## Select Sport *

Select an option...

**GameBreaker-Pro Headgear**                                                      $79.99      Select options

Logo Artwork Upload

*Upload JPG, GIF, PNG, AI, or EPS image formats only. Logo application fee of $10.00 per helmet. Logos available on both sides and on the front pad of the headgear. Please include any special instructions in the provided space bellow.*

[ Choose File ] No file chosen

(max file size 50 MB)

*If you have any special instructions to go along with uploaded art or a selected piece of custom headgear enter them below.*

characters remaining

**1x GameBreaker-Pro Headgear**                                                           **$79.99**

Subtotal $79.99

1

ADD TO CART

**Add to Wishlist**

**CURRENCY CONVERTER**

Currency conversions are estimated and should be used for informational purposes only.

[ USD ($) ]   [ GBP (£) ]   [ EUR (€) ]

**Description**

Additional information

## GAMEBREAKER-PRO HEADGEAR IS WORN BY ATHLETES IN:

GAM 0000008

**Football (7v7, Flag, OTAs, Practices) | Lacrosse | Rugby | Soccer | Water Polo
Wrestling | Volleyball | MMA | Field Hockey**

## PROTECTED BY D30®

D3O® materials flow freely when at rest, but on impact, lock tightly together to disperse and absorb the energy of the blow, before instantly returning to their soft, flexible state. This reaction is instantaneous and 100% passive. The greater the force of impact, the greater the protection.

**GameBreaker-Pro Headgear**                                                    $79.99    Select options

GameBreaker products are 3rd party tested and published by Virginia Tech. The GameBreaker-PRO has received the highest 5-STAR rating. The GB-PRO provides 80%+ coverage which ranks highest among 5-STAR rated headgear.

### SIZING

| | |
|---|---|
| **X-SMALL** | **18**" - **19**1/4" |
| **SMALL** | **19**1/2" - **20**1/2" |
| **MEDIUM** | **20**3/4" - **22**1/4" |
| **LARGE** | **22**1/2" - **23**" |
| **X-LARGE** | **23**1/4" - **24**1/4" |
| **XX-LARGE** | **24**1/2" - **26**" |

SKU:  gb-pro-headgear
Categories:  Customizable, Headgear
Tags:  headgear, TOP SELLERS



   

818-224-7424    Privacy Policy



The teams' trademarks featured in photographs on this site are the exclusive property of their respective owners. The teams are not affiliated with, and have not endorsed or approved, GameBreaker or any of its products. GameBreaker does not offer for sale any products featuring the trademarks of third parties without permission from the respective trademark owners.

©2021 Gamebreaker Inc. All Rights Reserved. Design by MiHi Pro.

GAM 0000009

# **<u>EXHIBIT C</u>**

12/20/21, 2:35 PM    GameBreaker Soft Shell Protective Headgear

GAMEBREAKER

🛒 0

Home · Shop · Headgear · GameBreaker Headgear






## GameBreaker Headgear

$59.99

The GameBreaker soft shell helmet is protective headgear utilized across a variety of sports. The GameBreaker-GB remains lightweight, durable, and comfortable while reducing the risk of head injury from the force of incidental contact.

GameBreaker soft shell protective headgear is perfect for teams or individuals who'd like to maximize their safety as sporting seasons change throughout the year.

**Current sports include:**

- Football (7v7, Flag, OTAs, Practices)
- Lacrosse
- Rugby
- Soccer
- Water Polo
- Volleyball
- MMA
- Field Hockey

Looking for team/league discounts? Contact us today.
View sizing chart below or on this page for instructions on how to measure!

## Choose your headgear size, and color:

**Color**

Choose an option

GAM 0000011

**Size**

Choose an option

**Select Sport** *

Select an option...

**Custom Logo/Artwork Upload (+$10.00)**
*Upload JPG, GIF, PNG, AI, or EPS image formats only. Logo application fee of $10.00 per helmet. Logos are available on both sides and on the front pad of*

**GameBreaker Headgear**                                                    $59.99     Select options

(max file size 50 MB)

*If you have any special instructions to go along with uploaded art or a selected piece of custom headgear enter them below.*

characters remaining

**1x GameBreaker Headgear**                                                              **$59.99**

Subtotal $59.99

1

Add to cart

**CURRENCY CONVERTER**

Currency conversions are estimated and should be used for informational purposes only.

USD($)     GBP(£)     EUR(€)

Description

Additional information

VIRGINIA TECH HELMET LABS 3RD PARTY IMPACT TESTING

GameBreaker products are 3rd party tested and published by Virginia Tech. The GameBreaker-GB has received a 4 out of 5-STAR rating. The GameBreaker-GB headgear provides 76%+ coverage which ranks it highest among all 4-STAR rated headgear.

PRODUCT FEATURES

- 76% HEAD COVERAGE

GAM 0000012

- 100% PERIPHERAL VISION
- DESIGNED FOR MAX AIRFLOW
- LACE UP BACK FOR EASY ADJUST FIT
- VENTILATED COMFORT LINER
- HOOK AND LOOP RETENTION SYSTEM
- NO METAL OR HARD PLASTIC COMPONENT PARTS
- MACHINE WASHABLE

**GameBreaker Headgear**                                                      $59.99    Select options

SKU:  GB

Categories:  Customizable, Headgear

Tags:  flagspin, headgear, TOP SELLERS



   

818-224-7424    Privacy Policy



The teams' trademarks featured in photographs on this site are the exclusive property of their respective owners. The teams are not affiliated with, and have not endorsed or approved, GameBreaker or any of its products. GameBreaker does not offer for sale any products featuring the trademarks of third parties without permission from the respective trademark owners.

©2021 Gamebreaker Inc. All Rights Reserved. Design by MiHi Pro

GAM 0000013