Jeffrey A. Finn (State Bar No. 185248)
 jeff@finniplaw.com
Taylor C. Foss (State Bar No. 253486)
 taylor@finniplaw.com
FINN IP LAW, PC
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 310-7989
Facsimile:    (310) 341-0345

Attorneys for Plaintiff Bella Summit LLC,
Third-Party Defendants Jeff Dagan Kyle Dagan


Steven T. Gubner (State Bar No. 156596)
 sgubner@bg.law
Ronald P. Abrams (State Bar No. 140438)
 rabrams@bg.law
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone:  (818) 827-9000
Facsimile:    (818) 827-9099

Victor de Gyarfas – Bar No. 171950
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
Telephone:  213.972.4500
Facsimile:    213.486.0065
Email:  vdegyarfas@foley.com

Attorneys for Defendant, Counter-Claimant
and Third-Party Plaintiff Gamebreaker, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA SUMMIT LLC, a California limited liability company, | Case No. 2:21-cv-06007 JAK(MARx) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT IN PRINCIPLE** |
| GAMEBREAKER, INC., a California corporation, | |
| Defendant. | |
| GAMEBREAKER, INC., a California corporation, | |

1             Counter-Claimant,

2       vs.

3    BELLA SUMMIT LLC, a California
limited liability company,

4

            Counter-Defendant.

5    GAMEBREAKER, INC., a California
corporation,

6

          Third-Party Plaintiff,

7

8       vs.

    JEFF DAGAN, an individual; and
9    KYLE DAGAN, an individual,

10         Third-Party Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT IN PRINCIPLE

1    The parties have reached a settlement in principle as to the causes of action in
2  this case. The parties are preparing a written settlement agreement.  Shortly thereafter,
3  the parties will file a request for dismissal with prejudice, which will include a request
4  for the Court to retain jurisdiction to interpret and enforce the terms of settlement.  In
5  the meantime, the parties request that the Court continue the hearing scheduled for
6  Monday October 24, 2022 to November 28, 2022 and that all other dates be suspended
7  pending further scheduling.

8

9  Dated: October 21, 2022          FINN IP LAW, PC

10                                  By:  _____*/s/ Jeffrey A. Finn*_____
11                                       Jeffrey A. Finn
12                                       Taylor C. Foss
                                    Attorneys for Plaintiff and Counter-Defendant
13                                  Bella Summit LLC; Third-Party Defendant Jeff
14                                  Dagan; and Third-Party Defendant Kyle Dagan

15  Dated: October 21, 2022         BG LAW LLP

16                                  By:  _____*/s/  Ronald P. Abrams*_____
17                                       Steven T. Gubner
                                         Ronald P. Abrams
18                                  Attorneys for Defendant, Counter-Claimant, and
19                                  Third-Party Plaintiff Gamebreaker, Inc.

20  Dated: October 21, 2022         FOLEY & LARDNER LLP

21
22                                  By:  _____*/s/ Victor de Gyarfas*_____
                                         Victor De Gyarfas
23                                  Attorneys for Defendant, Counter-Claimant, and
                                    Third-Party Plaintiff Gamebreaker, Inc.
24

25

26

27

28

## <u>ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4</u>

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all signatories to this document concur in its content and have authorized its filing.

By: _____*/s/ Taylor C. Foss*_____
Taylor C. Foss

NOTICE OF SETTLEMENT IN PRINCIPLE