1  Jeffrey A. Finn (State Bar No. 185248)
   jeff@finniplaw.com
2  Taylor C. Foss (State Bar No. 253486)
   taylor@finniplaw.com
3  FINN IP LAW, PC
   11400 West Olympic Boulevard, 9th Floor
4  Los Angeles, California 90064-1582
   Telephone: (310) 310-7989
5  Facsimile: (310) 341-0345

6  Attorneys for Plaintiff Bella Summit LLC,
   Third-Party Defendants Jeff Dagan Kyle Dagan
7
   Steven T. Gubner - Bar No. 156593
8  Ronald P. Abrams - Bar No. 140438
   BG LAW LLP
9  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
10 Telephone:  (818) 827-9000
   Facsimile: (818) 827-9099
11 Email:      sgubner@bg.law
               rabrams@bg.law
12
   Attorneys for Defendant, Counter-Claimant
13 and Third-Party Plaintiff, GAMEBREAKER, INC.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA SUMMIT LLC, a California limited liability company, | Case No. 2:21-cv-06007 JAK(MARx)<br>Assigned to: Hon. John A. Kronstadt |
| Plaintiff, | JOINT RESPONSE TO OSC RE DISMISSAL |
| v. | Date:      November 28. 2022<br>Time:      8:30 a.m.<br>Location:  First Street Courthouse<br>                350 W. First Street<br>                Courtroom 10B<br>                Los Angeles. CA 90012 |
| GAMEBREAKER, INC., a California corporation, | |
| Defendants. | |
| GAMEBREAKER, INC., a California corporation, | Trial Date: None |
| Counter-Claimant, | |
| v. | |
| BELLA SUMMIT LLC, a California limited liability company, | |
| Counter-Defendant. | |

GAMEBREAKER, INC., a California corporation,

    Third-Party Plaintiff,

 v.

JEFF DAGAN, an individual; and KYLE DAGAN, an individual,

    Third-Party Defendants.

  The Parties hereby respond to the Court's Order to Show Cause re Dismissal on October 21, 2022 (Dkt. 109) as follows:

  The Parties have exchanged initial drafts of a settlement agreement and counsel for the Parties have been in communication with each other and are working diligently to resolve all outstanding issues to arrive at a final settlement agreement.  Counsel for the Parties anticipate having a final, executed settlement agreement and filing a dismissal of this matter by December 12, 2022.  Counsel for the Parties request that the Court continue the hearing on Plaintiff's Motion for Leave to File Second Amended Complaint) to a date after December 12, 2022.

Dated: November 21, 2022    FINN IP LAW, PC

             By: /s/ Taylor C. Foss
               Jeffrey A. Finn
               Taylor C. Foss
             Attorneys for Plaintiff and Counter-Defendant Bella Summit LLC; Third-Party Defendant Jeff Dagan; and Third-Party Defendant Kyle Dagan

Dated:  November 21, 2022    BG LAW LLP

             By: /s/ Ronald P. Abrams
               Steven T. Gubner
               Ronald P. Abrams
             Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff Gamebreaker, Inc.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all signatories to this document concur in its content and have authorized its filing.

By:

> By: /s/ Ronald P. Abrams
> Steven T. Gubner
> Ronald P. Abrams
> Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff Gamebreaker, Inc.