Jeffrey A. Finn (State Bar No. 185248)
jeff@finniplaw.com
Taylor C. Foss (State Bar No. 253486)
taylor@finniplaw.com
FINN IP LAW, PC
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 310-7989
Facsimile: (310) 341-0345

Attorneys for Plaintiff Bella Summit LLC,
Third-Party Defendants Jeff Dagan Kyle Dagan

Steven T. Gubner - Bar No. 156593
Ronald P. Abrams - Bar No. 140438
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile: (818) 827-9099
Email:       sgubner@bg.law
             rabrams@bg.law

Attorneys for Defendant, Counter-Claimant
and Third-Party Plaintiff, GAMEBREAKER, INC.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA SUMMIT LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>GAMEBREAKER, INC., a California corporation,<br><br>             Defendants. | Case No. 2:21-cv-06007 JAK(MARx)<br>Assigned to: Hon. John A. Kronstadt<br><br>JOINT RESPONSE TO OSC RE DISMISSAL<br><br>Date:      December 19. 2022<br>Time:      8:30 a.m.<br>Location:  First Street Courthouse<br>           350 W. First Street<br>           Courtroom 10B<br>           Los Angeles. CA 90012 |
| GAMEBREAKER, INC., a California corporation,<br><br>             Counter-Claimant,<br><br>     v.<br><br>BELLA SUMMIT LLC, a California limited liability company,<br><br>             Counter-Defendant. | Trial Date:  None |

|   |   |
|---|---|
| GAMEBREAKER, INC., a California corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| JEFF DAGAN, an individual; and KYLE DAGAN, an individual, | |
| Third-Party Defendants. | |

The Parties hereby respond to the Court's Order to Show Cause re Dismissal issued on November 22, 2022 (Dkt. 111) as follows:

The Parties have exchanged initial and revised drafts of a settlement agreement and counsel for the Parties have been in regular communication with each other and are still working diligently to resolve all outstanding issues to arrive at a final settlement agreement.  Counsel for the Parties anticipate having a final, executed settlement agreement and filing a dismissal of this matter by December 28, 2022.  Counsel for the Parties request that the Court continue the Order to Show Cause re Dismissal (Dkt. 109) and the hearing on Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 89) to a date after December 28, 2022.

Dated: December 12, 2022          FINN IP LAW, PC

                                   By: /s/ Taylor C. Foss
                                       Jeffrey A. Finn
                                       Taylor C. Foss
                                   Attorneys for Plaintiff and Counter-Defendant
                                   Bella Summit LLC; Third-Party Defendant Jeff
                                   Dagan; and Third-Party Defendant Kyle Dagan

Dated:  December 12, 2022         BG LAW LLP

                                   By: /s/ Ronald P. Abrams
                                       Steven T. Gubner
                                       Ronald P. Abrams
                                   Attorneys for Defendant, Counter-Claimant, and
                                   Third-Party Plaintiff Gamebreaker, Inc.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all signatories to this document concur in its content and have authorized its filing.

By:

> By: /s/ Ronald P. Abrams
> Steven T. Gubner
> Ronald P. Abrams
> Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff Gamebreaker, Inc.