1  Jeffrey A. Finn (State Bar No. 185248)
     jeff@finniplaw.com
2  Taylor C. Foss (State Bar No. 253486)
     taylor@finniplaw.com
3  FINN IP LAW, PC
   11400 West Olympic Boulevard, 9th Floor
4  Los Angeles, California 90064-1582
   Telephone:  (310) 310-7989
5  Facsimile:   (310) 341-0345
   Attorneys for Plaintiff Bella Summit LLC,
6  Third-Party Defendants Jeff Dagan Kyle Dagan

7  Steven T. Gubner (State Bar No. 156596)
     sgubner@bg.law
8  Ron Abrams (State Bar No. 140438)
     rabrams@bg.law
9  BRUTZKUS GUBNER
   21650 Oxnard Street, Suite 500
10 Woodland Hills, California 91367
   Telephone:  (818) 827-9000
11 Facsimile:   (818) 827-9099
   Attorneys for Defendant, Counter-Claimant
12 and Third-Party Plaintiff Gamebreaker, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BELLA SUMMIT LLC, a California limited liability company, | Case No. 2:21-cv-06007 JAK(MARx) |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL** |
| GAMEBREAKER, INC., a California corporation, | |
| Defendant. | |
| GAMEBREAKER, INC., a California corporation, | |
| Counter-Claimant, | |
| vs. | |
| BELLA SUMMIT LLC, a California limited liability company, | |
| Counter-Defendant. | |
| GAMEBREAKER, INC., a California corporation, | |

|   |   |
|---|---|
| | Third-Party Plaintiff, |
| | vs. |
| | JEFF DAGAN, an individual; and KYLE DAGAN, an individual, |
| | Third-Party Defendants. |

Pursuant Plaintiff Bella Summit, LLC ("Bella") and Defendant Gamebreaker, Inc. ("Gamebreaker"), by and through their attorneys of record, hereby stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2), and subject to the Parties' executed Settlement Agreement, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

2. Notwithstanding the dismissal of this action, the Court shall retain ancillary jurisdiction to enforce the terms of the stipulated Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

DATED this 3rd day of February 2023.

*[Signature Page Follows]*

Dated: February 3, 2023            FINN IP LAW, PC

                                   By:    /s/ Jeffrey A. Finn
                                          Jeffrey A. Finn
                                          Taylor C. Foss
                                   Attorneys for Plaintiff and Counter-Defendant
                                   Bella Summit LLC; Third-Party Defendant Jeff
                                   Dagan; and Third-Party Defendant Kyle Dagan

Dated: February 3, 2023            BG LAW LLP

                                   By:    /s/ Ronald P. Abrams
                                          Steven T. Gubner
                                          Ronald P. Abrams
                                   Attorneys for Defendant, Counter-Claimant,
                                   and Third-Party Plaintiff Gamebreaker, Inc.

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all signatories to this document concur in its content and have authorized its filing.

                                   By:    /s/ Taylor C. Foss
                                          Taylor C. Foss