1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

BELLA SUMMIT, LLC,

No. 2:21-cv-06007 JAK (MARx)

11
12

    Plaintiff and Counterclaim-
    Defendant,

**ORDER RE STIPULATED
DISMISSAL (DKT. 116)**

13
14

    v.

**<u>JS-6</u>**

15

GAMEBREAKER, INC,

16
17

    Defendant and Counterclaim-
    Plaintiff.

18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on a review of the parties' Stipulated Dismissal (the "Stipulation" (Dkt. 116)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action is dismissed with prejudice; provided, however, the Court shall retain jurisdiction to enforce the terms of the stipulated Settlement Agreement. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:   February 6, 2023

John A. Kronstadt
United States District Judge

2