**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELLA SUMMIT, LLC, | No. 2:21-cv-06007 JAK (MARx) |
|     Plaintiff and Counterclaim-Defendant, | **ORDER RE STIPULATED DISMISSAL (DKT. 116)** |
|     v. | **JS-6** |
| GAMEBREAKER, INC, | |
|     Defendant and Counterclaim-Plaintiff. | |

Based on a review of the parties' Stipulated Dismissal (the "Stipulation" (Dkt. 116)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action is dismissed with prejudice; provided, however, the Court shall retain jurisdiction to enforce the terms of the stipulated Settlement Agreement. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:   February 6, 2023

_____
John A. Kronstadt
United States District Judge